# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 00-3795

———————

Tony R. East,

       Appellant,

    v.

Randy Johnson, Sheriff, Pulaski County
Detention Facility; Hearns, Dr., Pulaski
County Detention Facility; Correctional
Medical Services,

       Appellees.

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

———————

Submitted: January 5, 2001
Filed: February 1, 2001

———————

Before BEAM, FAGG, and LOKEN, Circuit Judges.

———————

PER CURIAM.

Arkansas inmate Tony East appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim. Having carefully reviewed the record, we affirm. See 8th Cir. R. 47B.

———————

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.